# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 12-02205 JVS (RNBx) |
| Date | April 8, 2013 |
| Title | Wayne Morrison et al. v. Wells Fargo Bank NA, et al. |

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

   **On March 12, 2013, the Court granted defendants motion to dismiss in part without prejudice.   As of today, an amended complaint has not been filed on those claims dismissed without prejudice.**

   **The Court hereby ORDERS plaintiff to show cause, in writing, not later than April 23, 2013,  why this action should not be dismissed for lack of prosecution.**

|  |  : 00 |
|---|---|
| Initials of Preparer | kjt |